UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDITH JORDAN,

                        Plaintiff,

         -v-                      No. 6:10-CV-1411

CORNING COMMUNITY COLLEGE;
PATRICK PARISS; MICHAEL MARRONE;
RICK CHURCHES; BRUCE GUGLIOTTA;
and JOHN and JANE DOE(s),

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Venue is not proper in the Northern District of New York.  In the interest of justice, this matter will be transferred to the Western District of New York pursuant to 28 U.S.C. § 1406(a).  Even if jurisdiction were appropriate in the Northern District, transfer to the Western District pursuant to 28 U.S.C. § 1404(a) would be appropriate for the convenience of the parties and witnesses.

Accordingly, pursuant to the oral decision of the Court entered into the record after hearing oral argument on April 8, 2011, in Utica, New York, it is hereby

ORDERED that defendants' motion to transfer venue to the Western District of New York is GRANTED.

The Clerk of the Court is directed to transfer the entire action, including defendants' motion to dismiss, to the Western District of New York in accordance this decision.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April 8, 2011
        Utica, New York.